# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-2308

———————————————

JOHN J. WILLIAMS,

    Appellant,

    v.

RICKY DIXON, as Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
J. Layne Smith, Judge.

April 25, 2024

PER CURIAM.

    DISMISSED as moot.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

John J. Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.